William J. Baker, appellee, v. State Bank of Annawan, appellant. Gen. No. 7,548.
Action to recover money loaned.  Judgment for plaintiff.  Appeal from the Circuit Court of Henry county; the Hon. William T. Church, Judge, presiding.  Heard in this court at the October term, 1925. Affirmed.  Opinion filed March 29, 1926.  Rehearing denied April 27, 1926.
Henry Waterman and Sturtz & Ewan, for appellant.  Carl Melin and Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellee.
Mr. Justice Partlow delivered the opinion of the court.

---

Tri-City Artificial Ice Company, appellee, v. Sturtevant-Baker Company, appellant.  Gen. No. 7,557.
Action for breach of contract.  Judgment for plaintiff.  Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding.  Heard in this court at the October term, 1925.  Reversed and remanded.  Opinion filed March 29, 1926.  Rehearing denied and opinion slightly modified April 27, 1926.
Kenworthy, Dietz, Harper & Sinnett, for appellant.  Wood, McNeal & Warner and Marshall & Marshall, for appellee.
Mr. Justice Partlow delivered the opinion of the court.

---

W. H. Shons, appellant, v. County of Ogle, Illinois, and Town of Byron, appellees.  Gen. No. 7,485.
Action to recover balance due upon contract for services.  Judgment for defendants.  Appeal from the Circuit Court of Ogle county; the Hon. W. J. Emmerson, Judge, presiding.  Heard in this court at the October term, 1925.  Affirmed.  Opinion filed April 1, 1926.
Charles H. Green and Seyster & Fearer, for appellant.  Martin V. Peterman, State's Attorney, Roy F. Hall and James L. McDowell, for appellees.
Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. James McClary, plaintiff in error.  Gen. No. 7,528.
Prosecution for violation of Prohibition Law.  Error to the County Court of Kankakee county; the Hon. Henry F. Ruel, Judge, presiding. Heard in this court at the October term, 1925.  Affirmed.  Opinion filed April 1, 1926.
E. P. Harney, for plaintiff in error.  Anker C. Jensen, for defendant in error.
Mr. Justice Jett delivered the opinion of the court.